UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>v.<br><br>LUIS MIGUEL CERNA,<br><br>             Defendant. | NO. CR-11-107-WFN-10<br><br>ORDER GRANTING IN PART MOTION TO MODIFY RELEASE CONDITIONS |

Before the court is Defendant's Motion to Modify Release Conditions. Based on the Motion to Modify, the Declaration of Gina Costello and on information from the Pretrial Services Officer, and based on the parties being in agreement, the court finds that good cause exists to grant in part the Defendant's Motion.

**IT IS ORDERED** that the Defendant's Motion to Modify his conditions of release to remove the electronic home monitoring **(ECF No. 950)** is **GRANTED in part.** Electronic home monitoring shall remain in place, and home confinement is lessened to a curfew from **9:00 p.m. to 5:00 a.m.** All other conditions of release remain.

DATED May 18, 2012.

                              S/ CYNTHIA IMBROGNO
                      UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING IN PART MOTION TO MODIFY RELEASE CONDITIONS - 1