UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>v.<br><br>LUIS MIGUEL CERNA,<br><br>           Defendant. | NO. CR-11-107-WFN-10<br><br>ORDER GRANTING MOTION TO MODIFY RELEASE CONDITIONS |

Before the court is Defendant's Motion to Modify Release Conditions. (ECF No. 972.) Based on the Motion to Modify, the Declaration of Gina Costello and on information from the Pretrial Services Officer, and based on the parties being in agreement, the court finds that good cause exists to grant in part the Defendant's Motion.

**IT IS ORDERED** that the Defendant's Motion to Modify his conditions of release to remove the electronic home monitoring **(ECF No. 972)** is **GRANTED.** Defendant shall no longer be subject to electronic home monitoring. However, the **9:00 p.m. to 5:00 a.m.** curfew shall remain. All other conditions of release remain.

For urgent or emergency medical matters, if Defendant is needed to assist his mother, he will be excused from his curfew.

**IT IS SO ORDERED.**

DATED June 20, 2012.

                                            S/ CYNTHIA IMBROGNO
                                   UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING MOTION TO MODIFY RELEASE CONDITIONS - 1